# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**R. CASPER ADAMSON**
**#290440**
    **Plaintiff,**

vs.                                    **CASE NO.: 3:06cv549/LAC/MD**

**J. McCLELLAN,**
    **Defendant.**

---

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 28, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's case is dismissed without prejudice to its refiling accompanied by the payment of the full $350.00 filing fee.

    DONE AND ORDERED this 2nd day of February, 2007.

                                        *s/L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**